AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| STOP B2H COALITION, GREATER HELLS CANYON COUNCIL, CAROL "FUJI" KREIDER, JIM KREIDER, & GAIL CARBIENER<br><br>*Plaintiff(s)*<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, U.S. DEPARMENT OF THE INTERIOR, JOSE LINARES, in his official capacity as BLM Acting State Director, U.S. FOREST SERV., & TOM MONTOYA, in his official capacity as Forest Supervisor, W-W NF<br>*Defendant(s)* | Civil Action No.  2:19-cv-1822-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David H. Becker
Law Office of David H. Becker, LLC
4110 SE Hawthorne Blvd. # 168
Portland, OR 97214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **05/01/2020**

By: **/s/ J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-1822-SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of the Interior
was received by me on *(date)* May 4, 2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and First Amended Complaint by mail on May 4, 2020 to the address on the Summons and to the Civil-Process Clerk at the U.S. Attorney's Office for the District of Oregon and the U.S. Attorney General, in compliance with FRCP 4(i)(1)-(2). Service is complete upon mailing. FRCP 5(b)(2)(C).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 11, 2020

s/David H. Becker
*Server's signature*

David H. Becker, attorney
*Printed name and title*

4110 SE Hawthorne Blvd. # 168
Portland, OR 97214
*Server's address*

Additional information regarding attempted service, etc:

7018 1830 0002 1061 3227

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

PORTLAND, OR 97204

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| Return Receipt (hardcopy) | $0.00 |
| Return Receipt (electronic) | $0.00 |
| Certified Mail Restricted Delivery | $0.00 |
| Adult Signature Required | $0.00 |
| Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.80 |
| Total Postage and Fees | $5.35 |

0006 05 Postmark Here — PORTLAND OR 97206 CRESTON STATION USPS MAY - 4 2020 — 05/04/2020

Sent To: CIVIL-PROCESS CLERK, OFFICE OF THE U.S. ATTY (D.OR)

Street and Apt. No., or PO Box No.: 1000 SW THIRD AVE, SUITE 600

City, State, ZIP+4®: PORTLAND, OR 97204

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 1830 0002 1061 3241

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| Return Receipt (hardcopy) | $0.00 |
| Return Receipt (electronic) | $0.00 |
| Certified Mail Restricted Delivery | $0.00 |
| Adult Signature Required | $0.00 |
| Adult Signature Restricted Delivery | $ |
| Postage | $1.80 |
| Total Postage and Fees | $5.35 |

0006 05 Postmark Here — OR 97206 CRESTON STATION USPS MAY - 4 2020 — 05/04/2020

Sent To: WILLIAM P. BARR, ATTY GENERAL, U.S.D.O.J.

Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE, N.W.

City, State, ZIP+4®: WASHINGTON, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 1830 0002 1061 3234

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20240

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| Return Receipt (hardcopy) | $0.00 |
| Return Receipt (electronic) | $0.00 |
| Certified Mail Restricted Delivery | $0.00 |
| Adult Signature Required | $0.00 |
| Adult Signature Restricted Delivery | $ |
| Postage | $1.80 |
| Total Postage and Fees | $5.35 |

0006 05 Postmark Here — OR CRESTON STATION MAY - 4 2020 — 05/04/2020

Sent To: U.S. DEPARTMENT OF THE INTERIOR

Street and Apt. No., or PO Box No.: 1849 C STREET, N.W.

City, State, ZIP+4®: WASHINGTON, DC 20240

---

CRESTON
5010 SE FOSTER RD
PORTLAND, OR 97206-3039
406770-0006
(800)275-8777
05/04/2020 04:18 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First Class MailLarge Envelope | | | $1.80 |
| (Domestic) (WASHINGTON, DC 20530) (Weight:0 Lb 4.30 Oz) (Estimated Delivery Date) (Friday 05/08/2020) | | | |
| Certified | | | $3.55 |
| (USPS Certified Mail #) (70181830000210613241) | | | |
| First-Class Mail® Large Envelope | 1 | $1.80 | $1.80 |
| (Domestic) (WASHINGTON, DC 20240) (Weight:0 Lb 4.30 Oz) (Estimated Delivery Date) (Friday 05/08/2020) | | | |
| Certified | | | $3.55 |
| (USPS Certified Mail #) (70181830000210613234) | | | |
| First-Class Mail® Large Envelope | 1 | $1.80 | $1.80 |
| (Domestic) (PORTLAND, OR 97204) (Weight:0 Lb 4.50 Oz) (Estimated Delivery Date) (Thursday 05/07/2020) | | | |
| Certified | | | $3.55 |
| (USPS Certified Mail #) (70181830000210613227) | | | |

