

# ODFW Survey Data for Baker PAC Leks - 2010-2011

Note: Numbers in parentheses below lek names are males counted (or lek status) in 2010, 2011
NS = Not Surveyed
Hist = Historic
ND = No Data

COLLWELL POND (NS, NS)

THORN CREEK CATHERINE CREEK (2, 2)

RATTLESNAKE (0, NS)

BEAGLE CREEK (2, 0)

**MAGPIE CREEK #1 (NS, 10)**

**MAGPIE PEAK** X

**BIG CREEK (38, 19)**

POND (NS, NS)

JURY (0, 0)

SALT CREEK (NS, 0)

LOW SAGE (NS, 0)

PROSPECT (NS, NS)

ANTELOPE (NS, 0)

**CREWS CREEK (7, 5)**

ERWIN DITCH (ND, ND)

HUTTON (14, 14)

FENCELINE (NS, NS)

KEATING CUTOFF (NS, NS)

NEW HIGHWAY (HIST, HIST)

POWDER RIVER (NS, NS)

FLAGSTAFF MINE (ND, ND)

OHV (12, 15)

CULTIVATED FIELD (HIST, HIST)

LOVE CREEK (NS, NS)

GLASGOW (NS, NS)

**BAKER CITY**

**VIRTUE #2 (21, 18)**

RUCKLES CREEK (10, 19)

MINNIE MAY (NS, NS)

HIDDEN TREASURE (HIST, HIST)

**BAKER PAC**

FIRST CREEK (HIST, HIST)

SECOND CREEK (ND, ND)

WATER TROUGH (8,13)

EAST WIDMAN (13, 22)

HARRELL (ND, ND)

UPPER PRITCHARD (ND, ND)

BRAZOS MINE (NS, NS)

SARDINE CREEK (NS, NS)

PRITCHARD (NS, NS)

LAWRENCE CREEK (NS, NS)

RIDGELINE (14, NS)

UNITY CREEK (ND, ND)

JUDD CREEK (NS, NS)

HOLLMAN CREEK (NS, 0)

PALMER #1 (13, 12)

UNITY CREEK #2 (ND, ND)

NODINE CREEK (NS, NS)

▲ Occupied Lek

▲ Occupied Pending Lek

▲ Unoccupied / Historic / No Data

━ Selected B2H Transmission Route

☐ Four Mile Transmission Buffer

☐ Baker PAC

0   2.5   5   10   15
Miles

**19-1822 - Declaration of Craig Miller - Exhibit 1**